Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:   415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94610
Telephone:   510.763.2000
Facsimile:   510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHIA BELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>                    Defendants. | No.: 2:06-cv-02284-WBS-KJM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable William B. Shubb** |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Delphia Bell v. Merck & Co., Inc.*, *et al.* Case Number 2:06-cv-02284-WBS-KJM, was filed in state court on September 27, 2006 and removed to this Court on October 17, 2006.

No discovery has been conducted or scheduled.

On October 20, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint.  Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.  Merck expects the JPML to issue a conditional transfer order that includes this case in the next few weeks.

Plaintiff does not oppose the transfer of this case to the Vioxx MDL.

In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully request that further Joint Status Reports be postponed and that Discovery Conferences be continued so as to allow the JPML to rule on transfer of this tag along action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1  SO STIPULATED.

2

3  Dated: December 4, 2006

4  **REED SMITH LLP**

5

6  By:       /s/ Dana A. Blanton
           Dana A. Blanton
7          Attorney for Defendant
           MERCK & CO., INC.

8

9  Dated: December ___, 2006

   **LAW OFFICES OF STEVEN A. FABBRO**

10

11  By:    /s/ Steven Fabbro
           Steven Fabbro
12         Attorney for Plaintiff
           Delphia Bell

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

Dated: December 14, 2006

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com